IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER GARCIA,

        Petitioner,                           Civ. No. 6:20-cv-2175-MC

        v.                                 JUDGMENT

COAST COMMUNITY HEALTH
CENTER,

        Respondent,

_____

MCSHANE, Judge:

        Based on the record, this action is DISMISSED with prejudice.

        IT IS SO ORDERED.

        DATED this 19th day of May, 2021.


                              _____/s/ Michael J. McShane_____
                                   Michael McShane
                              United States District Judge