Peter Garcia, Pro Se
1969 S. Alafaya Trail
#231
Orlando, FL  32828

THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

_____

PETER GARCIA,

Plaintiff,

  vs.

COAST COMMUNITY HEALTH
CENTER

 Defendant.

_____

Case No. 6:20-CV-02175-MC

NOTICE OF APPEAL

    Plaintiff-Appellant Dr. Peter Garcia appeals to the United State Court of Appeals for the Ninth Circuit the entirely of Judge Michael McShane's May 19, 2021 order granting Defendant-Apelles's Motion to Dismiss all causes of action and Motion Granting Attorney Fees (Document 40) which was confirmed with the dismissal of Plaintiff's Motion for Reconsideration on June 8, 2021(Document 40).

Dated: July 3, 2021

/s/ Peter Garcia
Peter Garcia, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Notice of Appeal to Naomi Johnson, Bullard Law by email at N.Johnson@bullardlaw.com on July 3, 2021.

/s/ Peter Garcia
Peter Garcia, Pro Se
